**In re Maurice MACK, Petitioner.**

**No. 02–7576.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Feb. 4, 2003.

Maurice Mack, Petitioner Pro Se.

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Maurice Mack filed this petition for a writ of mandamus seeking an order directing the district court to rule on his Motion for Judgment on the Pleadings filed on February 5, 2002.

On April 16, 2002, the magistrate judge recommended denying Mack's Motion for Judgment on the Pleadings. Although the motion is still pending in district court, there has been recent, significant action in the case.

The writ of mandamus is a drastic remedy and should only be granted in those extraordinary situations when no other remedy is available. *In re: Beard,* 811 F.2d 818, 826 (4th Cir.1987). We find that there has been no undue delay in the district court. We therefore deny the petition for mandamus relief. We grant Mack's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*